**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERTO HERNANDEZ, <br><br> Petitioner, <br><br> v. <br><br> C. LEPE, WARDEN,[1] <br><br> Respondent. | Case No. 5:25-cv-00163-ODW-AJR <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

---

[1] Petitioner names the "Federal Bureau of Prisons" as the Respondent and indicates that he is currently incarcerated at the United States Penitentiary in Victorville, California ("USP Victorville"). (Dkt. 1 at 1.) Respondent's Answer is filed on behalf of C. Lepe, the current Warden of USP Victorville. (Dkt. 13 at 2.) The proper respondent in a habeas action is the person who has custody over the petitioner. See Rumsfeld v. Padilla, 542 U.S. 426, 434-35 (2005) ("[T]he default rule is that the proper respondent is the warden of the facility where the prisoner is being held."). Accordingly, Warden C. Lepe is substituted in as the proper respondent in this action pursuant to Federal Rule of Civil Procedure 25(d).

1. IT IS ORDERED that Judgment be entered DISMISSING THIS ACTION WITHOUT PREJUDICE for lack of jurisdiction.

2. IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record, as well as all parties who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 2, 2025

*[signature]*

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE