JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO HERNANDEZ, | Case No. 5:25-cv-00163-ODW-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| C. LEPE, WARDEN,[1] | |
| Respondent. | |

---

[1] Petitioner names the "Federal Bureau of Prisons" as the Respondent and indicates that he is currently incarcerated at the U.S. Penitentiary in Victorville, California ("USP Victorville"). (Dkt. 1 at 1.) Respondent's Answer is filed on behalf of C. Lepe, the current Warden of USP Victorville. (Dkt. 13 at 2.) The proper respondent in a habeas action is the person who has custody over the petitioner. See Rumsfeld v. Padilla, 542 U.S. 426, 434-35 (2005) ("[T]he default rule is that the proper respondent is the warden of the facility where the prisoner is being held."). Accordingly, Warden C. Lepe is substituted in as the proper respondent in this action pursuant to Federal Rule of Civil Procedure 25(d).

1  Pursuant to the Court's Order Accepting Findings, Conclusions and
2  Recommendations of United States Magistrate Judge,

3
4  IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.
5

6

7
   DATED: October 2, 2025
8

9
                                                    _____
10                                                  OTIS D. WRIGHT, II
                                                    UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2